UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO.: 21-60207 |
|---|---|
| Michael A McCauley | CHAPTER 7 |
| Debtor(s). | JUDGE RUSS KENDIG |

**TRUSTEE'S RESPONSE TO MOTION OF
CREDITOR NATIONSTAR MORTGAGE, LLC FOR RELIEF FROM STAY AND
ABANDONMENT**

Now comes Lisa M. Barbacci, Trustee ("Trustee"), and objects to the request for relief from stay on Debtor(s)' real property located at 124 Bell Ave, Dover, Ohio 44622 ("Property") (Docket No. 38) filed by **CREDITOR NATIONSTAR MORTGAGE, LLC**, because it appears there may be equity in the Property available for the creditors of the estate.

WHEREFORE, the Trustee respectfully requests that the Court deny the motion for relief from stay and grant any other and further relief that the Court deems just and proper.

Respectfully submitted,

/s/ Lisa M. Barbacci
Lisa M. Barbacci(0039392)
Chapter 7 Trustee
600 E Smith Rd.
Medina, OH 44256-2666
330-722-4488
barbaccitrutsee@gmail.com

CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

I, Lisa M. Barbacci, hereby certify that the foregoing Objection was electronically transmitted on or about May 7, 2021, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- **Lisa M. Barbacci, Trustee - Canton**  barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com
- **Sarah E. Barngrover**  amps@manleydeas.com
- **Johna M. Bella**  jbella@gpblaw.com
- **Monica Denise DeRamus**  monica@mccleerylawfirm.com
- **Stephen R. Franks**  amps@manleydeas.com
- **United States Trustee**  (Registered address)@usdoj.gov

And by regular U.S. Mail or by e-mail, as requested, on May 7, 2021, to the following parties:

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

    /s/ Lisa M. Barbacci
    Lisa M. Barbacci, Chapter 7 Trustee